# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __Joseph & Karen Mickish__

Chapter 7 Case No. __08-60301__

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank, N.A.<br>PO Box 5229<br>Cincinnati, OH  45201-5229 | 11 | $60.20 | $1.26 |

Date: December 31, 2009

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757

RECEIVED 10 JAN -4 AM 10: 34 U.S. BANKRUPTCY COURT FERGUS FALLS, MN